IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40810
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DORA MARIE YOUNGBLOOD,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:99-CR-1-1
--------------------
February 16, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Dora Marie Youngblood appeals her sentence for possession of cocaine with intent to distribute. She argues that the district court erred in not giving her a three-point reduction under U.S.S.G. § 3E1.1 for acceptance of responsibility.

We have reviewed the record and the briefs of the parties and conclude that the district court did not clearly err in applying these guidelines. The evidence was sufficient to find that the defendant escaped after her arrest. Although this act also resulted in an obstruction-of-justice enhancement under

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S.S.G. § 3C1.1, such an enhancement ordinarily indicates that the defendant has not accepted responsibility. § 3E1.1, comment (n.4); United States v. Ayala, 47 F.3d 688, 691 (5th Cir. 1995). The judgment of the district court is AFFIRMED.